# GreenspoonMarder LLP

Brian A. Bloom, Partner
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Phone: 212.524.5000
Fax: 212.524.5050
Email: Brian.Bloom@gmlaw.com

July 11, 2025

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

*Conference is adjourned from July 16 to July 17, 2025, at 3:00 PM in Courtroom 11D. SO ORDERED.*

*Dated: 7/11/2025*

P. Kevin Castel
United States District Judge

Re:    *Episode 3 d/b/a Strivepath v. Advantage College Planning, et al.*,
       **Civil Action No. 1:25-cv-03745-PKC**

Dear Honorable Judge Castel:

Pursuant to Section 1.C. of Your Honor's Individual Practices in Civil Cases, we submit this letter on behalf of Plaintiff Episode 3 d/b/a Strivepath ("**Plaintiff**") requesting an adjournment of the Initial Pretrial Conference (the "**Conference**") currently set for Wednesday, July 16, 2025, at 12:00 p.m. to Thursday, July 17, 2025.

On July 10, 2025, the Court adjourned the Conference, originally set for Tuesday, July 15, 2025, at 2:00 p.m., to Thursday, July 17, 2025, at 12:00 p.m.  On July 11, 2025, the Court adjourned the Conference a second time, to Wednesday, July 16, 2025, at 12:00 p.m.  Counsel for Plaintiff has an existing conflict on Wednesday afternoon. Accordingly, we kindly request the Conference remain as first adjourned, on Thursday July 17, 2025, at 12:00 p.m., or at another time on July 17, 2025, as the Court may have availability.[1]  Counsel for Plaintiff conferred with counsel for the defendants, and they do not consent unless held remotely.

We thank Your Honor for the considered attention to this matter.

Respectfully submitted,

**GREENSPOON MARDER LLP**

Brian A. Bloom

cc:    All Counsel (via ECF)

---

[1] Plaintiff's counsel is likewise unavailable from July 21, 2025, through July 25, 2025, and July 29, 2025, through July 31, 2025.