**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 EPISODE 3, LLC d/b/a STRIVEPATH,

                        Plaintiff,

        -against-                                   25 **CIVIL** 3745 (PKC)

                                                 **JUDGMENT**

ADVANTAGE COLLEGE PLANNING, LLC,
ADVANTAGE COLLEGE PLANNING
FRANCHISING, INC., BROOKE DALY, and
TRAVIS DALY,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 19, 2026, Defendants' motion to dismiss for lack of personal jurisdiction is GRANTED. Defendants' request for the alternative relief of transfer is DENIED as moot. StrivePath's requests for leave to amend, for jurisdictional discovery, and for all other relief are DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      March 20, 2026

                                      **TAMMI M. HELLWIG**
                                  _____
                                      **Clerk of Court**

                        **BY:**         K. mango

                                    _____
                                      **Deputy Clerk**